# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 25cr3798 - AJB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18 U.S.C. § 371 Conspiracy to commit an offense against the United States (Felony); Title 31 U.S.C. § 5332 Bulk Cash Smuggling into or out of the United States (Felony) |
| MONICA NOELIA GARCIA, | |
| Defendant. | |

The United States Attorney charges:

Beginning on a date unknown and continuing up to and including March 6, 2025, within the Southern District of California, Monica Noelia GARCIA did knowingly and intentionally conspire with other persons known and unknown to commit an offense against the United States, to wit: concealing more than $10,000 in monetary instruments with the intent to evade a currency reporting requirement, in violation of Title 31, United States Code, Section 5332(a), and transporting and attempting to transport said United States currency from a place within the United States to a place outside the United States, to wit, the Republic of Mexico, and committed an act to effect the object of the conspiracy, to wit: on February 21, 2025, GARCIA picked up more than $10,000 in cash to take back to Mexico;

//

//

SSAK:cms:San Diego:10/2/25

all in violation of Title 18, United States Code, Section 371; Title 31, United States Code, Sections 5332(a) and (b).

DATED: September 4, 2025.

ADAM GORDON
United States Attorney

SYEDA SARAH AKHTAR
Assistant U.S. Attorney